[No. 21968-9-II.     Division Two.     April 17, 1998.]

SHIRLEY JEAN MCCLUSKEY, *Appellant*, v. DANIEL JOSEPH
BOYER, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark
County, No. 94-2-01077-1, Robert L. Harris, J., entered
May 13, 1997. *Affirmed* by unpublished opinion per
Morgan, J., concurred in by Houghton, C.J., and Hunt, J.


[No. 35785-9-I.     Division One.     April 20, 1998.]

THE STATE OF WASHINGTON, *Appellant*, v. TERRY BARTH
BIGLER, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 91-1-02899-7, Sally Phillips Pasette, J., entered
November 23, 1994. *Reversed* by unpublished per curiam
opinion.


[No. 37398-6-I.     Division One.     April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL THOMAS
NICHOLS, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-1-01125-6, Larry E. McKeeman, J.,
entered August 25, 1995. *Affirmed in part* and *remanded*
by unpublished per curiam opinion.


[No. 37405-2-I.     Division One.     April 20, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MATTHEW
JONATHON BERRY, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-00465-9, William L. Downing, J., entered
September 11, 1995. *Affirmed* by unpublished per curiam
opinion.